**DISMISS; Opinion Filed March 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00099-CV

**SYED BILAL, Appellant**
**V.**
**SANIRAZA SIDDIQ, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00143**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 27, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 27, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated February 13, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without

payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/ Jim Moseley/
JIM MOSELEY
JUSTICE

140099F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SYED BILAL, Appellant

No. 05-14-00099-CV     V.

SANIRAZA SIDDIQ, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-00143.
Opinion delivered by Justice Moseley.
Justices Francis and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SANIRAZA SIDDIQ recover her costs of this appeal from appellant SYED BILAL.

Judgment entered this 26th day of March, 2014.

/Jim Moseley/

JIM MOSELEY
JUSTICE